Steinberg, Fineo, Berger &  11-3381381
Fischoff, P.C.
Proposed Attorneys for the Debtor &
Debtor-in-Possession
Gary C. Fischoff, Esq.
40 Crossways Park Drive
Woodbury, New York 11797
(516) 747-1136

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:                                                             Chapter 11

    LONG ISLAND BUSINESS LLC,                      Case No.

                                                                   **AFFIDAVIT PURSUANT**
           Debtor.          **TO RULE 1007-4**

------------------------------------------------------------------X

STATE OF NEW YORK)
COUNTY OF NASSAU ) ss.;

    Mordechay Movtady, being duly sworn, deposes and says:

    1.    I am a member of the debtor herein, and submit this affidavit pursuant to Rule 1007-4 of the Local Bankruptcy Rules.

    2.    The debtor is filing contemporaneously herewith, a voluntary petition for reorganization under Chapter 11 of the Bankruptcy Code.

    3.    There are no prior or pending bankruptcy case filings by this Debtor.

    4.    The Debtor is a New York limited liability company. The Debtor is a non-public company and none of its shares are registered under Section 12 of the Securities Exchange Act of 1934. Mordechay Movtady and Michael Cohan each hold a 50% interest.

5.     The Debtor is not a small business within the meaning of Bankruptcy Code Section 101(51D) and is engaged in the real estate business with its principal asset located at 248-58 Rockaway Blvd., Rosedale, New York 11422 and with an office at 350 Northern Blvd., Suite 301, Great Neck, New York 11021. The Debtor's filing of Chapter 11 was, precipitated by the foreclosure sale of 248-58 Rockaway Blvd., Rosedale, New York 11422, scheduled for January 7, 2011, pursuant to a judgment of foreclosure and sale dated October 21, 2010 in the case of Ridgewood Savings Bank v Debtor et al; Index no. 103040 at Supreme Court State of New York County of Queens.

6. There is no pre-petition creditors committee.

7. Pursuant to Bankruptcy Rule 1007 and the local rules of this court the debtor is required to file with this petition a list containing the names and addresses of the twenty largest unsecured creditors (i) excluding those who or which would not be entitled to vote at creditors meeting under 11 U.S.C. Section 702; (ii) such creditors who are employees of the debtor at the time of the filing of the petition of reorganization; and (iii) creditors who are "insiders" as that term is defined in Section 101(25) of the Bankruptcy Code. The list of the twenty largest unsecured creditors is annexed hereto.

8. None of the debtor's property is in the possession or custody of any custodian, public officer, mortgagee, pledgee, assignee of rents, or secured creditor, or agent for an such entity, except for Benjamin A. Darche, Esq., appointed as Reciver.

9. A listing of the actions pending by or against the Debtor are included on the Debtor's Statement of Financial Affairs being filed simultaneously with this affidavit.

10. The debtor's assets and liabilities have been included on the debtor's Schedules which are being filed simultaneously herewith.

Sworn to before me this
5 day of January, 2011

_____
Notary Public

LONG ISLAND BUSINESS LLC

_____
By: Mordechay Movtady, Managing Member

HEATH S. BERGER
Notary Public, State Of New York
No. 5008879
Qualified In Suffolk County
Commission Expires March 1, 20 11